FILED 26 SEP '11 12:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT LING,                                    Case No. 3:11-cv-767-MA

                    Petitioner,                                  ORDER

     v.

J.E. THOMAS, Warden of FCI
Sheridan,

                    Respondent.

MARSH, Judge

     On June 21, 2011, petitioner Robert Ling filed a petition for

writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner

sought expedited consideration of the petition.  On July 25, 2011,

respondent filed a response.  On September 22, 2011, petitioner

filed a Motion for Voluntary Dismissal of Petition for Writ of

Habeas Corpus, seeking dismissal of this proceeding without

prejudice. (#18.)  In his supporting documents, petitioner advises

the court that he no longer wishes to litigate the petition, and

that respondent has no objection to the voluntary dismissal.  (#18

& 19.)  I have considered petitioner's submissions and the record

1 - ORDER

of this case, and find dismissal is appropriate.   Fed.R.Civ.Pro. 41(a)(2).

Accordingly, petitioner's Motion for Voluntary Dismissal of Petition (#18) is GRANTED and this proceeding is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this __26__ day of SEPTEMBER, 2011.

Malcolm F. Marsh
United States District Judge

2 - ORDER