FILED 26 SEP '11 12:55 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ROBERT LING,                              Case No. 3:11-cv-767-MA

        Petitioner,                        ORDER

    v.

J.E. THOMAS, Warden of FCI
Sheridan,

        Respondent.

MARSH, Judge

    On June 21, 2011, petitioner Robert Ling filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner sought expedited consideration of the petition. On July 25, 2011, respondent filed a response. On September 22, 2011, petitioner filed a Motion for Voluntary Dismissal of Petition for Writ of Habeas Corpus, seeking dismissal of this proceeding without prejudice. (#18.) In his supporting documents, petitioner advises the court that he no longer wishes to litigate the petition, and that respondent has no objection to the voluntary dismissal. (#18 & 19.) I have considered petitioner's submissions and the record

1 - ORDER

of this case, and find dismissal is appropriate. Fed.R.Civ.Pro. 41(a)(2).

Accordingly, petitioner's Motion for Voluntary Dismissal of Petition (#18) is GRANTED and this proceeding is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this _26_ day of SEPTEMBER, 2011.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER